11-5149-cv
Bender v. Lowe

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand thirteen.

PRESENT:  REENA RAGGI,
             GERARD E. LYNCH,
             RAYMOND J. LOHIER, JR.,
                     *Circuit Judges*.

-----------------------------------------------------------------------
SHERRY BENDER,
                     *Plaintiff-Appellant*,


              v.                                        No. 11-5149-cv


R.  SANDLIN  LOWE,  III,  M.D.,  personally  and professionally, License # 179865, MICHAEL ADAM CIRANNI, M.D., personally and professionally, License # 241809, MATTHEW SETH HOLDEN, M.D., personally and professionally, License # 218629,
                     *Defendants-Appellees,*

NYC HEALTH AND HOSPITALS CORPORATION, *et al.*,
                     *Defendants.\**
-----------------------------------------------------------------------

---

\* The Clerk of the Court is directed to amend the official caption as shown above.

1

APPEARING FOR APPELLANT:       SHERRY BENDER, *pro se*, New York, New York.

FOR APPELLEE:       Julie Steiner, Edward F.X. Hart, of Counsel, *for* Michael A. Cardozo, Corporation Counsel of the City of New York, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Barbara S. Jones, *Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment entered on September 1, 2011, is AFFIRMED.

Sherry Bender appeals pro se from an award of summary judgment in favor of defendants R. Sandlin Lowe III, Michael Adam Ciranni, and Matthew Seth Holden, psychiatrists at New York City Health and Hospitals Corporation at Bellevue Hospital, on her claims that defendants violated her constitutional rights and committed medical malpractice by involuntarily admitting her to Bellevue's psychiatric unit on March 8, 2006, and March 15, 2006. We review an award of summary judgment de novo, resolving all ambiguities and drawing all inferences in favor of the nonmovant, and we will affirm only if the record reveals no genuine dispute of material fact. See Fed. R. Civ. P. 56(a); Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247–48 (1986); Nagle v. Marron, 663 F.3d 100, 104–05 (2d Cir. 2011). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal, which we reference only as necessary to explain our decision to affirm.

2

After an independent review of the record and relevant case law, we conclude that Bender's appeal is without merit for substantially the same reasons articulated by the district court in its comprehensive Memorandum and Order entered August 31, 2011. We have considered all of Bender's remaining arguments and find them to be without merit. Accordingly, we AFFIRM the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court